UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

7-23-08
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 3:08-cr-268-J-33MCR
18 U.S.C. § 242

PAUL GREGORY TILLIS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 14, 2005, in Bradford County, in the Middle District of Florida,

**PAUL GREGORY TILLIS,**

the defendant herein, while acting under color of law, assaulted J.W., an inmate at the Florida State Prison, by throwing hot water on J.W., and did thereby willfully deprive J.W. of a right protected and secured by the Constitution and laws of the United States; that is the right not to be subjected to cruel and unusual punishment while in official custody and detention. This assault resulted in bodily injury to J.W.

All in violation 18 U.S.C. § 242.

A TRUE BILL,

*Mary Jane Couture*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney

By: _____
FRANK M. TALBOT
Assistant United States Attorney
Deputy Chief, Jacksonville Division

GRACE CHUNG BECKER
Acting Assistant Attorney General
United States Department of Justice
Civil Rights Division

By: _____
CHRISTINE DUNN
Trial Attorney

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

PAUL GREGORY TILLIS

## INDICTMENT

Violations:

18 U.S.C. § 242

A true bill,

*/s/ Mary Anne Couture*
Foreperson

Filed in open court this 23rd day

of July, A.D. 2008.

*/s/ Carol G. Holman*
Clerk

Bail $

Revised 05/03/2007

GPO 863 575